# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Geddes S. Gibbs and Alfred McZeal, Jr.,** | : | Case No. 3:23-cv-1108 |
| | : | (JUDGE MANNION) |
| Plaintiffs, | : | |
| v. | : | |
| **Goddard Riverside Community Center, Roderick L. Jones, Merrill T. Dobson, Andrea Cain Lawson, Christopher Auguste, Nancy Rochford, Marcia Bystryn, and Howard Stein,** | : | |
| Defendants. | : | |

## ORDER

In accordance with the memorandum filed the same day, Plaintiffs' motion to withdraw the reference, (Doc. 13), is **DENIED** as moot.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**DATE: February 12, 2024**
23-1108-01 Order